**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICKEY LOUIS ALFORD, a.k.a. Morris Day,  Petitioner,  vs.  ARNOLD SCHWARTZENEGGER, et al.,  Respondents. _____/ | 2:05-cv-0373-GEB-CMK  <u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u> |

       Petitioner, a state prisoner proceeding pro se and in forma pauperis, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

       On April 5, 2005, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within 20 days.

1

1 Petitioner has not filed objections to the findings and
2 recommendations.
3     The court has reviewed the file and finds the findings
4 and recommendations to be supported by the record and by the
5 magistrate judge's analysis.
6     Accordingly, IT IS HEREBY ORDERED that:
7     1.   The findings and recommendations filed April 5,
8          2005, are adopted in full;
9     2.   Petitioner's petition for a writ of habeas corpus
10 is dismissed for failure to exhaust state remedies; and
11    3.   The Clerk of the Court is directed to enter
12          judgment and close this file.
13 Dated:  September 28, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2